FILED

NOV 28 2017

Shawn Stowers
257 County Road 407
South Point OH 45680
740-894-1714

Kings Daughter Hospital

0:17cv129-HRW

Complaint

Comes now the Plaintiff Shawn Stowers alleged,

1) Plaintiff was hired at Kings Daughter's Medical Center on August 26, 2016

2) Plaintiff start of employment date was September 12, 2016

3) On October 20, 2016, Dr. Miller gave Plaintiff doctor excuse to work forty hours per week as long as wearing prescribed boot and stay off foot when possible

4) On October 20, 2016 Plaintiff approached Sis Hineman, Kitchen Supervisor, with doctor excuse and requested a job in when had less standing. She responded to Plaintiff with, "If Human Relations knows of you having any restrictions they will let you go. You will no longer be working here."

5) Plaintiff continued working approximately forty hours a week through November 26, 2016

6) Plaintiff wasn't scheduled to work until November 29, 2016

7) Plaintiff approached Megan Clark brown on November 28, 2016 from Human Resources explaining to her that Plaintiff is going to lose his foot and part of leg and was wanting to return to job when Doctor releases him with no restrictions. She told Plaintiff that she would have to get back with him.

8) On November 28, 2016, Plaintiff was rushed to Kings Daughter's Hospital with a high fever and health fading.

9) On November 29, 2016, Megan called plaintiff while he was in the hospital asking him to resign and that if he would have a chance for rehire. However, if Plaintiff was terminated he wouldn't be consider for rehire. Plaintiff refused to resign.

10) On November 29, 2016, Sis Hineman showed up in Plaintiff's hospital room to check on him. She asked him to resign in which Plaintiff refused to do so.

11) On December 6, 2016, Megan Clark calls Plaintiff while still admitted to the hospital at Kings Daughter's Medical Center telling him he was fired on November 26, 2016. She

stated she would email the termination letter. She informed Plaintiff that he no longer has health insurance through the hospital that in which he already paid.

12) Approximately February 15, 2017, Dr. David Whitemore gave plaintiff a release back to work with no restrictions.

Due to the actions of Kings Daughter's Medical Center wrongful termination of Plaintiff it has caused the Plaintiff financial loss which includes mental anguish.

Plaintiff prays for a judgement against Kings Daughter's Medical Center.

Plaintiff prays for a case to be judged by a Jury.

11/28/17                                                Shawn Stevens